### No. 6717.

### WILLIAM B. BOOTH vs. JEAN PIERRE BURAS.

In an action for boundary it is the duty of the Judge to order a new survey, where previous surveys have been rejected and where it is not possible otherwise to ascertain and establish the boundary. If it was not ordered, the suit could proceed no further.

In making an appointment for that purpose, instructions should be given by the Judge, so as to direct the surveyor in his researches, finding and return.

APPEAL from the Second Judicial District Court, Parish of Plaquemines. *Pardee*, J.

*W. S. Benedict* and *J. P. Hornor* for Plaintiff and Appellant.
*E. H. McCaleb* for Defendant and Appellee.

The opinion of the Court was delivered by BERMUDEZ, C. J.